**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Shirley Ann Lipps |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Ohio (State) |
| Case number | 2:15-bk-57741 |

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Ditech Financial LLC fka Green Tree Servicing LLC

**Court claim no.** (if known): 7-2

**Last four digits** of any number you use to identify the debtor's account: 9700

**Date of payment change:**
Must be at least 21 days after date of this notice: 02/01/2017

**New total payment:**
Principal, interest, and escrow, if any: $631.32

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   **Current escrow payment:** $266.89    **New escrow payment:** $268.46

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   **Current interest rate:** ___ %    **New interest rate:** ___ %
   **Current principal and interest payment** $ ___    **New principal and interest payment:** $ ___

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   **Reason for change:** ___
   **Current mortgage payment:** $ ___    **New mortgage payment:** $ ___

| Debtor 1 | Shirley | Ann | Lipps | Case Number *(if known)* | 2:15-bk-57741 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☐     I am the creditor.
- ☒     I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ **Andrew Kussmaul**
   Signature

Date    12/21/2016

Print: **Andrew Kussmaul**
    First Name   Middle Name   Last Name

Title    Authorized Agent for Ditech Financial LLC

Company    Buckley Madole, P.C.

Address    14841 Dallas Parkway, Suite 300
    Number      Street

Dallas, Texas  75254
City      State      Zip Code

Contact phone    (972) 643-6600      Email    POCInquiries@BuckleyMadole.com

**CERTIFICATE OF SERVICE OF NOTICE OF MORTGAGE PAYMENT CHANGE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before December 27, 2016 via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*
Shirley Ann Lipps
6181 Glenwillow Blvd.
Galloway, OH 43119

**Debtors' Attorney**
Christopher John Spiroff
Spiroff Law Office
1180 South High Street
Columbus, OH  43206

**Chapter 13 Trustee**
Faye D. English
10 West Broad Street Suite 900
Columbus, Ohio 43215-3449

    Respectfully Submitted,

    /s/ **Andrew Kussmaul**